UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                          Case No. 2:21-mj-30165
                                          Originating No. 1:21-cr-51

**GLORIA BUSH,**

        Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **GLORIA BUSH,** to answer to charges pending in another federal district, and states:

1. On **April 8, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Superseding Indictment. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1); 841(b)(1)(C); and 18 U.S.C. §2- Conspiracy to distribute and possess with intent to distribute controlled substance; and 21 U.S.C.§ 843(b)- Illegal use of a Communications Facility.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Robert VanWert
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.vanwert@usa.doj.gov
(313) 226-9776


Dated: April 8, 2021